```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
DAVID HESTER,                       :
                                    :
                    Plaintiff,      :   11 Civ. 8163 (KBF)
                                    :
           -v-                      :   ORDER
                                    :
TREMAINE NEVERSON, TREY SONGZ       :
PRODUCTIONS, L.L.C.,                :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 3 2012

KATHERINE B. FORREST, District Judge:

　　IT IS HEREBY ORDERED that defendants' motion to dismiss plaintiff David Hester's complaint (Dkt. No. 1) is DENIED AS MOOT upon plaintiff's filing of his Amended Complaint (Dkt. No. 20).

　　The Clerk of the Court is directed to terminate defendants' motion (Dkt. No. 14).

　　SO ORDERED:

Dated:　New York, New York
　　　　 March 13, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KATHERINE B. FORREST
　　　　　　　　　　　　　　　　　　　United States District Judge